UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | DOCKET NO. 3:03cr212-MEF |
| ) | |
| ARBERT TYRAIL SMITH ) | |

## ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

On January 29, 2010, a hearing was held regarding the petition to revoke the defendant's supervised release filed by the probation officer on January 8, 2010. Based upon the court's finding of guilt as to violation number one contained in the petition, it is CONSIDERED and ORDERED that the term of release imposed on April 6, 2005, be MODIFIED to include the following:

The defendant shall serve four (4) consecutive weekends in a jail facility under contract to the Federal Bureau of Prisons. The defendant shall surrender at 6 p.m. on Fridays and be released at 6:00 p.m. on Sundays. The defendant shall surrender to the designated facility to begin serving his four (4) weekends on January 29, 2010. In the event that the U. S. Probation Office is unable to secure a jail placement through the Federal Bureau of Prisons by January 29, 2010, the defendant shall surrender to the jail facility designated by the Federal Bureau of Prisons on February 5, 2010.

The defendant shall enroll and participate in an alcohol abuse treatment program approved by the U. S. Probation Office and shall contribute to the costs of any treatment based on ability to pay and availability of third-party payments.

All other conditions imposed on April 6, 2005 shall remain in full force and effect.

DONE this 29th day of January, 2010.

_____
MARK E. FULLER
CHIEF UNITED STATES DISTRICT JUDGE